IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP M. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3201 |
| | ) | |
| v. | ) | |
| | ) | |
| LEXXUS INTERNATIONAL INC., | ) | ORDER |
| NATURAL HEALTH TRENDS CORP., | ) | |
| TERRY LACORE, LISA GROSSMAN, | ) | |
| CURTIS BROOME, and MARK | ) | |
| WOODBURN, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendants Lexxus International, Inc., Natural Health Trends Corp., Terry LaCore, Lisa Grossman and Mark Woodburn, is granted and the deadline for these defendants to answer is extended to November 14, 2005.

DATED this 1st day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge