IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP M. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3201 |
| | ) | |
| v. | ) | |
| | ) | |
| LEXXUS INTERNATIONAL, NATURAL | ) | ORDER |
| HEALTH TRENDS CORP., TERRY LACORE, | ) | |
| LISA GROSSMAN, CURTIS BROOME, and | ) | |
| MARK WOODBURN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by November 25, 2005, file their Report of Parties' Planning Conference.

DATED November 7, 2005.

/s/ *David L. Piester*
United States Magistrate Judge