IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP M. KELLY, as Chapter 7 Bankruptcy Trustee in the Matter of John Loghry and Robyn Loghry, | ) ) ) ) | Case No. 4:05CV3201 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| LEXXUS INTERNATIONAL, NATURAL HEALTH TRENDS CORP., TERRY LACORE, LISA GROSSMAN, CURTIS BROOME, and MARK WOODBURN, | ) ) ) ) ) | |
| Defendants. | ) | |

On November 23, 2005, the Motion and Stipulation for Enlargement of Time to File Report of Parties' Planning Conference, Docket Entry No. 30, came before the Court.

Upon consideration of the Motion, the Court grants the Motion in part. The Court shall allow the parties to file the Report of Parties' Planning Conference within 20 days from the date the Court enters an order on the Defendants' Motion to Dismiss, assuming the case is not dismissed or transferred.

IT IS SO ORDERED.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

mpld/kellyeo.doc