IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP M. KELLY, CHAPTER 7 BANKRUPTCY TRUSTEE IN THE MATTER OF JOHN LOGHRY AND ROBYN LOGHRY,<br><br>Plaintiff,<br><br>vs.<br><br>LEXXUS INTERNATIONAL, INC., NATURAL HEALTH TRENDS CORP., TERRY LACORE, LISA GROSSMAN, CURTIS BROOME, and MARK WOODBURN,<br><br>Defendants. | Case No. 4:05CV3201<br><br>**MEMORANDUM AND ORDER** |

On December 15, 2006, I ordered—pursuant to defense counsels' notice that they may have a conflict of interest—that the defendants retain new counsel within 30 days and enter their appearance. The order stated that defense counsel would not be granted leave to withdraw until new counsel had entered their appearance and a motion to withdraw had been granted. (Filing 38.) Because new defense counsel have now entered their appearance, I shall grant the motion to withdraw filed by Defendants' original counsel (filing 49).

IT IS ORDERED that the Motion for Leave to Withdraw filed by Defendants' original counsel (filing 49) is granted.

January 25, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge